**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUKHAN DURAND FLOWERS, | No. ED CV 25-1474-MWC(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| OFFICER ELIZARRAS BADGE # 20730, | |
| Defendant. | |

IT IS ADJUDGED that the action is dismissed without prejudice.


DATED:  June 12, 2026.


_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE